IN THE MATTER OF THE ESTATE OF JACOB H. DEYO, DECEASED.

*Decree of surrogate on final account — when it will not be opened to correct an error.*

September 3, 1883, an executor applied to a surrogate to vacate a decree made upon his final accounting in September, 1874, in order to correct an alleged error against the executor amounting to $280.02.

*Held,* that considering the lapse of time, the smallness of the amount involved, and the inconclusive character of the evidence as to the existence of the error the surrogate properly refused to reopen the decree.

APPEAL from an order made by the surrogate of Ulster county, denying an application to have a decree reopened.

*A. T. Clearwater,* for Jonathan Deyo, one of the executors, appellant.

*Lewis Hasbrouck,* for John Titus, Jr., one of the executors, and Jacob H. Deyo, a legatee, respondents.

LANDON, J. :

The surrogate made his decree upon final accounting September 9, 1874. This is an appeal from an order made by the surrogate September 3, 1883, nine years afterwards, refusing to vacate the final decree and reopen the settlement to the end that an alleged error against the appealing executor to the amount of $280.02 be corrected. We think the order should be affirmed. The lapse of time, the smallness of the amount, the inconclusive evidence of the existence of the alleged error, convince us that the surrogate wisely exercised his discretion in refusing to reopen the decree.

Order affirmed, with ten dollars costs and printing disbursements.

BOCKES, J. :

I concur in this opinion. After the lapse of nine years from the entering of the decree, it should not be opened except upon the clearest evidence of mistake. Such evidence is not, as I think, before us. The presumption in favor of the record is not here answered, save by a suspicion as to its correctness. That will not be held to be sufficient, even after a brief period of time and much

less when brought forward after a delay greater than that which would bar an ordinary action on account.

LEARNED, P. J., concurred.

Order affirmed, with ten dollars costs and printing disbursements.